THE ROYAL BANK OF CANADA, demandante y apelada, *v.* RAMÓN G. GOICO y NISÍ ARABÍA DE GOICO, demandados y apelantes.

No. 3929.—*Visto:* Diciembre 10, 1926. *Resuelto:* Diciembre 21, 1926.

COSTAS—FIJACIÓN *(Taxation)*—MEMORÁNDUM DE COSTAS—RADICACIÓN O PRESENTACIÓN—RADICACIÓN PREMATURA.—Declarada con lugar moción de reconsideración de sentencia en el Supremo una vez devuelto el caso y ya radicado e impugnado el memorándum de costas en la corte inferior, dicha radicación del memorándum ni es prematura ni queda invalidada por pasos subsiguientes dados para dejar sin efecto la resolución que declaró con lugar la reconsideración e hizo definitivamente firme la sentencia apelada.

RESOLUCIÓN de *Angel Acosta Quintero,* J. (Ponce), aprobando memorándum de costas. *Confirmada.*

*Arjona & Arjona,* abogados de los apelantes; *Alberto S. Poventud,* abogado de la apelada.

El Juez Asociado Señor Wolf, emitió la opinión del tribunal.

Con fecha 8 de junio de 1925 (34 D.P.R. 944) esta corte confirmó originalmente la sentencia de la Corte de Distrito de Ponce dictada en marzo 30 de 1925. El caso fué devuelto a Ponce, y en julio primero de 1925 el apelado radicó su memorándum de costas. Entonces se presentó en esta corte una moción de reconsideración que fué declarada con lugar. El banco apelado por su parte llamó la atención al hecho de que el mandato había estado en Ponce por un número de días; que esta corte había perdido su jurisdicción y que los apelantes habían radicado su oposición al memorándum de costas. Entonces esta corte dictó la siguiente resolución:

"Vista la moción levantando la cuestión de falta de jurisdicción presentada por la demandante-apelada y apareciendo de la certificación acompañada y de los autos que la moción sobre reconsideración de los apelantes fué radicada más de 10 días después de dictada la sentencia cuya reconsideración se solicita y después de archivada la sentencia de la Corte de Distrito y de presentado por la apelada un memorándum de costas que fué impugnado por los apelantes, y visto además el tomo 2 Ruling Case Law, página 175, párrafo 150, se deja sin efecto la resolución de esta Corte de julio 22, 1925, y se confirma la sentencia dictada por la Corte de Distrito de Ponce en marzo 30 de 1925, en el caso arriba expresado. Comuníquese."

Con el memorándum y la oposición ante sí la Corte de Distrito de Ponce procedió, según resolución que dictó, a fijar las costas y honorarios de abogado. Se apela de dicha resolución y los apelantes insisten en que el memorándum de costas fué radicado prematuramente. La teoría alegada es que nuestra orden de reconsideración privó a la Corte de Distrito de Ponce de jurisdicción y que la sentencia de dicha corte tan sólo era firme desde la fecha de nuestra resolución final que se transcribe más arriba.

Al tiempo de radicarse el memorándum de costas exis-

tía una sentencia aparentemente firme. De todos modos resolvemos que el memorándum de costas originalmente no fué radicado prematuramente así como que los pasos subsiguientes de esta corte por los cuales la sentencia por fin se hizo definitivamente firme no invalidaron la radicación del memorándum de costas. A ser necesario, nuestra resolución de 10 de marzo de 1926 *supra,* debe considerarse como que restablece el caso a su *status quo.*

*La resolución apelada debe ser confirmada.*

El Juez Asociado Sr. Hutchison no tomó parte en la resolución de este caso.